# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jul 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

**USA V.** Jose BADILLO and Jessica NAJARRO

**CASE NUMBER:** CR24-00382 RFL

**CR**

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✔ | No |
| **Total Number of Defendants:** | 1    2-7 ✔ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔    OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ |
| **Is this a RICO Act gang case?** | Yes | No ✔ |

**Assigned AUSA (Lead Attorney):** Kyle Waldinger/Galen Phillips   **Date Submitted:** 7/9/2024

**Comments:**

RESET FORM     SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

CR24-00382 RFL

UNITED STATES OF AMERICA,

V.

JOSE BADILLO,
a/k/a JOSE VICENTE BADILLO,
and
JESSICA NAJARRO,
a/k/a JESSICA ELIZABETH NAJARRO,

DEFENDANT(S).

**FILED**

Jul 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# INDICTMENT

18 U.S.C. § 1349 – Conspiracy to Commit Mail
Fraud and Wire Fraud
18 U.S.C. § 1341 – Mail Fraud
18 U.S.C. § 1343 – Wire Fraud
18 U.S.C. § 1957 – Engaging in a Monetary
Trans. with Proceeds of Specified Unlawful Activity
18 U.S.C. § 2 – Aiding and Abetting
18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) & 982(b)(1) &
28 U.S.C. § 2461(c)) – Forfeiture Allegations

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 9th day of

July, 2024 .

Rose Maher, electronic signature

Clerk

Bail, $ 50,000

Hon. Thomas Hixson, U.S. Magistrate Judge

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED

Jul 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE BADILLO, <br> a/k/a JOSE VICENTE BADILLO, <br><br> and <br><br> JESSICA NAJARRO, <br> a/k/a JESSICA ELIZABETH NAJARRO, <br><br> Defendants. | CASE NO. CR24-00382 RFL <br><br> VIOLATIONS: <br> 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud <br> 18 U.S.C. § 1341 – Mail Fraud <br> 18 U.S.C. § 1343 – Wire Fraud <br> 18 U.S.C. § 1957 – Engaging in a Monetary Transaction with the Proceeds of Specified Unlawful Activity <br> 18 U.S.C. § 2 – Aiding and Abetting <br> 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) & 982(b)(1) & 28 U.S.C. § 2461(c)) – Forfeiture Allegations <br><br> SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges that, at all relevant times to this Indictment, unless otherwise indicated:

Introductory Allegations

1.      The defendant JOSE BADILLO, who was also known as JOSE VICENTE BADILLO, was an individual who regularly resided in the Northern District of California, including in the City and County of San Francisco.

2.      The defendant JESSICA NAJARRO, who was also known as JESSICA ELIZABETH NAJARRO, was an individual who regularly resided in the Northern District of California, including in the City and County of San Francisco.

INDICTMENT

3.      Manheim, Inc., which was also known as "Manheim Auto Auction" or simply as "Manheim," was a wholesale automobile auction company, headquartered in Atlanta, Georgia, with numerous locations around the United States and in several international locations.

4.      The defendant JOSE BADILLO bought and sold used motor vehicles in the Northern District of California through a business that he owned and/or controlled that operated under the name "Bay Auto Sales."  Among other locations, Bay Auto Sales did business from real property located on the 1200 block of Underwood Avenue in San Francisco, California ("Underwood Avenue").  BADILLO also owned and/or controlled companies that were engaged in the business of towing vehicles in the Northern District of California.  These companies included Jose's Towing, LLC, and Auto Towing, LLC, both of which operated in whole or in part from Underwood Avenue.

5.      Liberty Mutual Insurance Company ("Liberty Mutual") was headquartered in Boston, Massachusetts.  Liberty Mutual was owned by its policyholders.  Liberty Mutual was engaged in the business of marketing and selling a variety of insurance products, including automobile insurance, to consumers throughout the United States, including in the Northern District of California.

COUNT ONE:          (18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Wire Fraud)

6.      The factual allegations in Paragraphs 1 through 5 are re-alleged and incorporated.

7.      Beginning at a date unknown to the Grand Jury, but by no later than in or about June 2019, and continuing to a date unknown to the Grand Jury, but through at least in or about August 2019, in the Northern District of California, and elsewhere, the defendants,

JOSE BADILLO
and
JESSICA NAJARRO,

knowingly and willfully conspired and agreed with each other, and with others known and unknown to the Grand Jury, to commit offenses against the United States, to wit, mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

/ / /

INDICTMENT                                    2

COUNT TWO:        (18 U.S.C. §§ 1341 and 2 – Mail Fraud and Aiding and Abetting)

8.      The factual allegations in Paragraphs 1 through 5 are re-alleged and incorporated.

9.      Beginning at a date unknown to the Grand Jury, but by no later than in or about June 2019, and continuing to a date unknown to the Grand Jury, but through at least in or about August 2019, in the Northern District of California, and elsewhere, the defendants,

JOSE BADILLO
and
JESSICA NAJARRO,

did knowingly and with the intent to defraud participate in, devise, and intend to devise a scheme and artifice to defraud Liberty Mutual as to a material matter, and to obtain money and property from Liberty Mutual by means of materially false and fraudulent pretenses, representations, and promises, and by means of concealment of material facts, which scheme and artifice is summarized below.

Manner and Means of the Scheme and Artifice

10.     As part of the scheme and artifice, the defendant JOSE BADILLO gained the ability to purchase wrecked, or otherwise severely damaged, automobiles from Manheim by establishing a Manheim account for Bay Auto Sales and becoming an authorized user of that account.

11.     On or about June 4, 2019, the defendant JOSE BADILLO purchased, or caused to be purchased, a 2018 Subaru Outback ("Subaru") from or through Manheim through Bay Auto Sales.  At the time of that purchase, the Subaru had severe damage to the front end, was undrivable, and had a non-starting engine.

12.     It was part of the scheme and artifice that the defendant JOSE BADILLO and others unknown to the Grand Jury caused California Department of Motor Vehicles forms to be completed on or about June 28, 2019.  Those forms purported to document the defendant JESSICA NAJARRO's purchase of the Subaru through Bay Auto Sales on that date, with a purchase price of $9,670.00.  In truth, NAJARRO paid no money to either Bay Auto Sales or to Manheim for the Subaru at or near the time of the purported purchase.  At the time of NAJARRO's "purchase" of the Subaru on or about June 28, 2019, that vehicle was in essentially the same condition as it had been early in June 2019 when BADILLO obtained it from Manheim.

13.     Prior to the date of the purported purchase of the Subaru, the defendants JOSE

INDICTMENT                                3

BADILLO and JESSICA NAJARRO obtained an automobile insurance policy on the Subaru from Liberty Mutual, which policy became effective on or about June 11, 2019.  BADILLO paid the initial premium payment to Liberty Mutual through his American Express account.

14.   At no time in June or July 2019 were any significant repairs made to the Subaru by the defendant JOSE BADILLO, the defendant JESSICA NAJARRO, Manheim, Bay Auto Sales, or anyone else.  Accordingly, as of July 8, 2019, the Subaru bore significant front-end damage, remained in an undrivable condition, and had a non-starting engine.

15.   It was then part of the scheme and artifice that, at the defendant JOSE BADILLO's advice and direction, the defendant JESSICA NAJARRO contacted Liberty Mutual on or about July 8, 2019, to report that she had been in a single-car accident in San Francisco in the Subaru on July 4, 2019. By virtue of this report to Liberty Mutual, NAJARRO initiated an insurance claim regarding the Subaru. In the course of her interactions and communications with Liberty Mutual, NAJARRO made materially false and fraudulent statements and representations to Liberty Mutual, including regarding the cause of the claimed damage to the Subaru.

16.   After the defendant JESSICA NAJARRO made her insurance claim to Liberty Mutual and after some of NAJARRO's materially false and fraudulent statements and representations to Liberty Mutual, Liberty Mutual granted NAJARRO's insurance claim.  On or about July 25, 2019, NAJARRO engaged in a telephone conversation with a Liberty Mutual representative in which she accepted Liberty Mutual's "total loss valuation" of the Subaru and agreed to a payment in that amount.  Liberty Mutual subsequently mailed through United Parcel Service ("UPS") a check in the amount of $34,037.48 to NAJARRO at an address in San Francisco, California.

The Use of the Mails

17.   On or about, or shortly after, the date set forth below, in the Northern District of California, and elsewhere, for the purpose of executing the aforementioned scheme and artifice, and attempting to do so, the defendants,

JOSE BADILLO<br>and<br>JESSICA NAJARRO,

did knowingly cause to be delivered by private and commercial interstate carrier according to the

INDICTMENT                                          4

direction thereon the following mail matter containing a Liberty Mutual insurance reimbursement check:

| COUNT | DATE | DESCRIPTION OF MAILING |
|-------|------|------------------------|
| TWO | 7/29/2019 | Mailing sent to NAJARRO through UPS at an address in San Francisco, California, containing a check in the amount of $34,037.48 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT THREE:       (18 U.S.C. §§ 1343 and 2 – Wire Fraud and Aiding and Abetting)

18.     The factual allegations in Paragraphs 1 through 5 are re-alleged and incorporated.

19.     Beginning at a date unknown to the Grand Jury, but by no later than in or about June 2019, and continuing to a date unknown to the Grand Jury, but through at least in or about August 2019, in the Northern District of California, and elsewhere, the defendants,

JOSE BADILLO
and
JESSICA NAJARRO,

did knowingly and with the intent to defraud participate in, devise, and intend to devise a scheme and artifice to defraud Liberty Mutual as to a material matter, and to obtain money and property from Liberty Mutual by means of materially false and fraudulent pretenses, representations, and promises, and by means of concealment of material facts, which scheme and artifice is summarized above and below.

Manner and Means of the Scheme and Artifice

20.     The allegations regarding the manner and means of the scheme and artifice set forth in Paragraphs 10 through 16 are re-alleged and incorporated fully herein.

The Use of the Wires

21.     On or about the date set forth below, in the Northern District of California, and elsewhere, for the purpose of executing the aforementioned scheme and artifice, and attempting to do so, the defendants,

JOSE BADILLO
and
JESSICA NAJARRO,

did knowingly transmit and cause to be transmitted by means of wire communication in interstate

/ / /

/ / /

INDICTMENT                                              5

commerce the following writings, signs, signals, and pictures:

| COUNT | DATE | DESCRIPTION OF WIRE COMMUNICATION |
| --- | --- | --- |
| THREE | 7/25/2019 | Telephone communication between NAJARRO in the Northern District of California and a Liberty Mutual representative in another state |

All in violation of Title 18, United States Code, Sections 1343 and 2.

COUNT FOUR:    (18 U.S.C. §§ 1957 and 2 – Engaging in a Monetary Transaction with the Proceeds of Specified Unlawful Activity and Aiding and Abetting)

22.    The factual allegations in Paragraphs 1 through 5 are re-alleged and incorporated.

23.    Among other transactions, on or about August 2, 2019, in the Northern District of California, and elsewhere, the defendants,

JOSE BADILLO
and
JESSICA NAJARRO,

did knowingly engage in a monetary transaction by, through, and to a financial institution (as that term is defined in Title 18, United States Code, Sections 1956 and 1957 and Title 31, United States Code, Section 5312(a)(2)) in and affecting interstate commerce, in criminally derived property of a value greater than $10,000, such property having been derived from the specified unlawful activity of mail fraud and wire fraud and conspiracy to commit those offenses, namely, the deposit into BADILLO's Wells Fargo Bank account numbered ending -9516 of a $34,037.48 check from Liberty Mutual made payable to NAJARRO as payment for her fraudulent insurance claim.

All in violation of Title 18, United States Code, Sections 1957 and 2.

FORFEITURE ALLEGATIONS:    (18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) & 982(b)(1) & 28 U.S.C. § 2461(c))

24.    The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a), and 982(b)(1), and Title 28, United States Code, Section 2461(c).

25.    Upon conviction for any of the offenses set forth in Counts One through Three of this

/ / /

/ / /

/ / /

INDICTMENT                                    6

Indictment, the defendants,

JOSE BADILLO
and
JESSICA NAJARRO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendants obtained directly and indirectly as the result of those violations, including but not limited to a forfeiture money judgment in the amount of no less than $34,037.48.

26.     Upon conviction for the offense set forth in Count Four of this Indictment, the defendants,

JOSE BADILLO
and
JESSICA NAJARRO,

shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1) all property, real and personal, involved in said violations, or any property traceable to such property, including but not limited to a forfeiture money judgment in the amount of no less than $34,037.48.

27.     If any of the property described above, as a result of any act or omission of the defendants:

      a.    cannot be located upon exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall, pursuant to 21 U.S.C. § 853(p) (as incorporated by 18 U.S.C. § 982(b)(1)), seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 982(b)(1),

///

///

INDICTMENT                                          7

Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:  July 9, 2024                                          A TRUE BILL.

                                                             /s/ *Foreperson*
                                                             FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

   /s/ *Kyle F. Waldinger*

KYLE F. WALDINGER
GALEN A. PHILLIPS
Assistant United States Attorneys

INDICTMENT                              8

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Ct. 1: Consp. to Commit Mail & Wire Fraud, 18 USC § 1349
Ct. 2: Mail Fraud & Aiding & Abetting, 18 USC §§ 1341 & 2
Ct. 3: Wire Fraud & Aiding & Abetting, 18 USC §§ 1343 & 2
Ct. 4: Engaging in a Monetary Transaction with Proceeds of Specified Unlawful Activity & Aiding & Abetting, 18 USC §§ 1957 & 2

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    Cts. 1-3: 20 yrs imprisonment, $250,000 fine (or twice gross gain or loss, whichever is greater), 3 yrs sup. rel., $100 spec. assessment, forf., rest.; Ct. 4: 10 yrs imprisonment, $250,000 fine (or twice value of property in the transaction, whichever is greater), 3 yrs sup. rel., $100 spec. assessment, forf., rest.

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ JOSE BADILLO

DISTRICT COURT NUMBER

CR24-00382 RFL

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation & Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
     ☐ U.S. ATTORNEY    ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form          Ismail J. Ramsey

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)          Kyle Waldinger/Galen Phillips

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

☐ Federal    ☐ State

Has detainer been filed?    ☐ Yes   ☐ No
} If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

**FILED**

Jul 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT          Bail Amount: $50,000

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Ct. 1: Consp. to Commit Mail & Wire Fraud, 18 USC § 1349
Ct. 2: Mail Fraud & Aiding & Abetting, 18 USC §§ 1341 & 2
Ct. 3: Wire Fraud & Aiding & Abetting, 18 USC §§ 1343 & 2
Ct. 4: Engaging in a Monetary Transaction with Proceeds of Specified Unlawful Activity & Aiding & Abetting, 18 USC §§ 1957 & 2

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:    Cts. 1-3: 20 yrs imprisonment, $250,000 fine (or twice gross gain or loss, whichever is greater), 3 yrs sup. rel., $100 spec. assessment, forf., rest.; Ct. 4: 10 yrs imprisonment, $250,000 fine (or twice value of property in the transaction, whichever is greater), 3 yrs sup. rel., $100 spec. assessment, forf., rest.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

#### DEFENDANT - U.S

▶ JESSICA NAJARRO

DISTRICT COURT NUMBER
CR24-00382 RFL

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation & Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person Furnishing Information on this form    Ismail J. Ramsey

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Kyle Waldinger/Galen Phillips

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from

**FILED**
Jul 10 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ☐ Yes    ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶    Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT

Bail Amount: $50,000

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments: